UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:23-CV-80727-AMC

**MERRILL LYNCH PROFESSIONAL**
**CLEARING CORP., PERSHING LLC**
**AND CELADON FINANCIAL GROUP, LLC,**

        Petitioners,

v.

**ODS CAPITAL, LLC,**

        Respondent.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioners Merrill Lynch Professional Clearing Corporation ("Merrill Pro"), Pershing LLC ("Pershing") and Celadon Financial Group, LLC ("Celadon") hereby voluntarily dismiss this action with prejudice.

        BRESSLER, AMERY & ROSS, P.C.

        By:    */s/ Sara Soto*
                Sara Soto. Esq.
                Florida Bar No. 265152
                200 S. Biscayne Blvd., Suite 2401
                Miami, Florida 33131
                Telephone: (305) 501-5485
                Facsimile: (305) 501-5499
                ssoto@bressler.com
                *Attorneys for Merrill Lynch Professional*
                *Clearing Corporation and Pershing LLC*

        FOWLER WHITE BURNETT, P.A.

        By:    */s/ Ronald Shindler*
                Ronald Shindler
                Fla. Bar. No. 781703
                200 East Olas Boulevard
                Suite 2000 – Penthouse B

        Fort Lauderdale, Florida 33301
        Tel: (954) 377-8100
        rshindler@fowler-white.com
        *Attorneys for Celadon Financial Group, LLC*

DAVIS POLK & WARDWELL LLP

By:    */s/ Lawrence Portnoy*
       Lawrence Portnoy (*Pro Hac Vice*)
       450 Lexington Avenue
       New York, New York 10017
       Tel : (212) 450-4000
       lawrence.portnoy@davispolk.com
       *Attorneys for Merrill Lynch Professional Clearing Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed via the Court's CM/ECF system on June 9, 2023 and served on all counsel of record via the Court's CM/ECF system or via email.

By:    */s/ Sara Soto*
       Sara Soto